UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV576

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, 100 F Street, N.E. Washington, DC 20549 )))))) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| MICHAEL J. RICKS, JOHN H. WOODY, and MARK P. MEAD )))) | |
| Defendants. ) | |

## ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS AND TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

This Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations and to Pay Fees and Expenses of the Tax Administrator, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue two checks: the first to be issued on CRIS account "SEC v. Michael J. Ricks, et al.," for the amount of $6,993.00 payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. Michael J. Ricks, et at., Civil Action No. 3:04CV576(GCM), 2005-08 tax returns."

2. The clerk of the Court shall issue a second check, also on CRIS account "SEC v. Michael J. Ricks, et al.," for the amount of $7,000 payable to "Damasco & Associates, LLP," for payment of the fees and expenses of the Tax Administration as provided in the Declaration. The check shall contain the notation "SEC v. Michael J. Ricks, et al., Civil Action No. 3:04CV576(GCM), 2005-08 tax returns."

3. The Clerk shall send the two checks by overnight mail to:

   Damasco & Associates, LLP
   700 Monte Vista Lane
   Half Moon Bay, CA 94019
   Phone: (650) 726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Signed: May 12, 2009

Graham C. Mullen
United States District Judge