UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549,

                Plaintiff,

    v.

MICHAEL J. RICKS, JOHN H. WOODY, and
MARK P. MEAD,

                Defendants.

No. 3:04CV576 (GCM)

## ORDER APPROVING PLAINTIFF'S PROPOSED PLAN FOR DISTRIBUTION OF DISGORGED ASSETS

The Court having reviewed the Securities and Exchange Commission's Proposed Plan for Distribution of Disgorged Assets, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Proposed Plan for Distribution of Disgorged Assets (the "Distribution Plan") is approved; and

2. The Clerk of the Court shall issue checks on CRIS account "SEC v. Michael J. Ricks, et al." in the following amounts to the following Eligible Claimants in accordance with the schedule set forth in the Distribution Plan:

| Eligible Claimant | Amount to be disbursed (Loss): |
|---|---|
| Joseph Arleo<br>604 Barclay Avenue<br>Staten Island, NY 10312 | **$2,860.00** |
| Equitec-Furman, LLC<br>(attention: David Barclay)<br>Equitec Group, LLC<br>111 W. Jackson Blvd.<br>20th Floor<br>Chicago, IL 60604 | **$68,640.00** |
| David Holzman<br>469-A Portlock Road<br>Honolulu, HI 96825 | **$5,720.00** |
| Ronald E. Niekamp<br>1777 Tuckaway Ct.<br>Springboro, OH 45066 | **$4,576.00** |
| Stephen Ward<br>199 Coolidge Ave.<br>Watertown, MA 02472 | **$17,160.00** |

Signed: July 6, 2009

*Graham C. Mullen*
Graham C. Mullen
United States District Judge