UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA,
CHARLOTTE DIVISION
3:04-cv-576-GCM

SECURITIES AND EXCHANGE COMMISSION 100
F Street, N.E. Washington, DC 20549,

                    v.        Plaintiff,
                                        No. 3:04CV576 (GCM)


MICHAEL J. RICKS, JOHN H. WOODY, and
MARK P. MEAD,

                              Defendants.


**ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS AND TO
PAY FEES AND EXPENSES OF TAX ADMINISTRATOR,
<u>AND TO CLOSE DISTRIBUTION FUND</u>**


This Court, having reviewed the Securities and Exchange Commission's Motion to

Disburse Funds to Pay Tax Obligations and to Pay Fees and Expenses of Tax Administrator, and

to Close Distribution Fund [doc. 14], and the supporting Declarations of the Tax Administrator,

and for good cause shown,

It is this 14th day of September, 2009, hereby ORDERED:

1.      The Clerk of the Court shall issue two checks: the first shall be issued on CRIS

account "SEC v. Michael J. Ricks, et al.", in the amount of $6,050.70 payable to "Damasco &

Associates, Trust Account", for the payment of tax obligations and fees as provided in the

Declaration. The check shall contain the notation "SEC v. Michael J. Ricks, et al., Civil Action

No. 3:04CV576 (GCM)" and the Employer Identification Number of 26-4460244.

2.     The Clerk shall send the first check described above to Damasco & Associates, by overnight mail, to:

> Damasco & Associates, LLP
> 700 Monte Vista Lane Half
> Moon Bay, CA 94019 Phone:
> (650) 726-4100

The Clerk of the Court shall issue a second check, representing the entirety of the balance remaining in CRIS account "SEC v. Michael J. Ricks, et al." after the first check to Damasco & Associates, LLP has been issued, to the order of the Securities and Exchange Commission. The check shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, under cover of a letter copied to the Commission's counsel of record that identifies the caption and action number of this case and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the United States Treasury. Upon receipt of such funds, the Office of Financial Management, Securities and Exchange Commission, shall promptly remit the funds to the United States Treasury. The Clerk of the Court shall then close CRIS account "SEC v. Michael J. Ricks, et al."

If, after paying the tax obligations and fees as provided in the Declaration, Damasco & Associates has any remaining monies leftover, Damasco & Associates shall transmit those monies by check made out to the Securities and Exchange Commission. The check shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, under cover of a letter copied to the Commission's counsel of record that identifies the caption and action number of this case and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into

the United States Treasury. Upon receipt of such funds, the Office of Financial Management,

Securities and Exchange Commission, shall promptly remit the funds to the United States Treasury.

Signed: September 22, 2009

Graham C. Mullen
United States District Judge